CONTINENTAL INSURANCE COMPANY, Respondent, *v.* PHENIX INSURANCE COMPANY of Brooklyn, Appellant.

Mem. of decision below, 76 Hun, 611.
(Argued February 25, 1896; decided March 10, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 16, 1894, which overruled defendant's exceptions ordered to be heard in the first instance at General Term and directed judgment in favor of plaintiff upon a verdict directed by the court.

*Esek Cowen* for appellant.

*Elihu Root* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.